JOHN MILLION TURCO, ESQ.
Nevada Bar No. 6152
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.916.3330
Attorney for Defendant Velarde

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>HECTOR VELARDE<br><br><br>        Defendant.<br>_____ | ) <br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 2:22-mj-00228-DJA<br><br><br>ORDER *TO CONTINUE BENCH TRIAL* |

IT IS HEREBY STIPULATED AND AGREED by and between JASON FRIERSON, United States Attorney, and ANGELICA MARMORSTEIN, counsel for the United States of America; JOHN MILLION TURCO, counsel for Defendant, HECTOR VELARDE; that the trial currently scheduled for September 7, 2022 at 9:00 a.m. be vacated for at least thirty (30) days and set to a date and time convenient to the Court.

   This Stipulation is entered into for the following reasons:

   1. Parties are close to resolving the matter and anticipate the need for a plea agreement.

   2. Defendant does not object to the request for continuance.

   3. The government does not oppose the request for the continuance.

   4. Denial of this request for continuance would deny counsel for the defendant

sufficient time within which to be able to effectively and thoroughly research this case, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(8)(B)(iv).

This is the first request to continue the trial date filed herein.

DATED this 6th day of September, 2022

JASON FRIERSON
UNITED STATES ATTORNEY

John Million Turco                                 Angelica Marmorstein
/s/_____          /s/_____
JOHN MILLION TURCO, ESQ.        ANGELICA MARMORSTEIN
Nevada Bar No.6152                         Assistant United States Attorney
Attorney for Defendant Velarde

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 2:22-mj-00228-DJA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINDINGS OF FACT, CONCLUSIONS OF** |
| ) | **LAW, AND ORDER** |
| ) | |
| HECTOR VELARDE ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

1. Parties have resolved the matter and are awaiting the government to provide the plea agreement.

2. Defendants are not in custody and do not object to the request for continuance.

3. The government does not oppose the request for the continuance.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time within which to be able to effectively and thoroughly research this case, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,

United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(8)(B)(iv).

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Trial date.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein excludable under the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(8)(B)(iv).

### ORDER

**IT IS HEREBYORDERED** that the Trial currently schedule for September 7, 2022 at the hour of 9:00 a.m. be vacated and continued to November 23, 2022, at 9:00 a.m., Courtroom 3A.

DATED AND DONE this 6th day of September, 2022.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

Respectfully Submitted By:

/s/ John Million Turco
_____
John Million Turco, Esq.
Nevada Bar No. 6152
Attorney for Defendant Velarde