JOHN MILLION TURCO, ESQ.
Nevada Bar No. 6152
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.916.3330
Attorney for Defendant Velarde

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:22-mj-00228-DJA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***STIPULATION TO AMEND CHARGE AND*** |
| | ) | ***CLOSE CASE*** |
| HECTOR VELARDE | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between JASON FRIERSON, United States Attorney, and IMANI DIXON, counsel for the United States of America; JOHN MILLION TURCO, counsel for Defendant, HECTOR VELARDE; that the instant case be amended to Reckless Driving and closed.

This Stipulation is entered into for the following reasons:

1. Defendant has completed the DUI course.

2. Defendant has completed the Victim Impact Panel.

3. Defendant has completed an 8-hour Alcohol Awareness Class.

4. Defendant has stayed away from Lake Mead National Recreational Area.

/ / /

/ / /

DATED this 9th day of May, 2023

|  | JASON FRIERSON |
|---|---|
|  | UNITED STATES ATTORNEY |
| John Million Turco | IMANI DIXON |
| /s/_____ | /s/_____ |
| JOHN MILLION TURCO, ESQ. | IMANI DIXON |
| Nevada Bar No.6152 | Assistant United States Attorney |
| Attorney for Defendant Velarde |  |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                         )<br>vs.                                                       )<br>                                                              )<br>HECTOR VELARDE                        )<br>                                                              )<br>                                                              )<br>            Defendant.                    )<br>_____ ) | CASE NO: 2:22-mj-00228-DJA<br><br>**FINDINGS OF FACT AND ORDER** |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

1. Defendant has completed the DUI course.
2. Defendant has completed the Victim Impact Panel.
3. Defendant has completed an 8-hour Alcohol Awareness Class.
4. Defendant has stayed away from Lake Mead National Recreational Area.

For all the above-stated reasons, the ends of justice would best be served by amending the charge to Reckless Driving and closing the case.

### **ORDER**

**IT IS HEREBY ORDERED** that the instant charge be amended to Reckless Driving and the case closed.

DATED this 12th day of May, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ John Million Turco
John Million Turco, Esq.
Nevada Bar No. 6152
Attorney for Defendant Velarde